Honorable Judge:

John W. Primomo, July 7th, 2015

"Amended Complaint"

Case: 5:15-CV-00465    Civil Action No. SA-15-CA-465-FB

FILED
JUL 27 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Your Honor, I Have Enclosed The In Forma Pauperis Document Attached with my Current Institutional Trust Fund Account Statements, Showing All Inmate Account Activities for the Previous Six Month's,

Your Honor, I Have also Mailed To the Courts My Original Petition for which I the Plaintiff: Raymond Tellez Am Attempting To File My Statement of Claim, Your Honor, Plaintiff And Defendant Are from different States, The Basis for diversity Jurisdiction of Citizenship is distinctly And Adequately Alleged within Plaintiff(s) Original Petition/Statement of Claim: RE:

2. Plaintiff(s) resides in Bexar County, Texas The Individual Herein After Referred To As: Raymond Tellez.

3. Defendant(s) Name Are: The G.E.O. Group Inc., G.E.O. and G.E.O. group facility Central Detention facility.

4. Service of Process; Defendant the G.E.O. group Inc. does Business in Bexar County, Texas and May be Served by Serving it's Registered Agent: _____

5. Venue is proper in Bexar County, Texas Because the Date and Time of the Alleged Incident made the Basis of this Lawsuit, which Occured all in Bexar County, Texas, This Court Has Jurisdiction over the Subject Matter And or Parties involved in this lawsuit.

Plaintiff makes A Pleading All in The Alternative Pursuant To Rule 47, 48, Wherefore Premises Considered, Plaintiff Prays That the Defendant(s) Be Cited To Appear and Answer and Upon Final Trial, Plaintiff have Judgment against defendant for actual and Special damages, Costs of Court, Pre-Judgment And Post Judgment interest at the Highest Rate Until Paid and for Such other and Further Relief To which Plaintiff may be entitled at law or in equity, All within the Jurisdictional limits of This Court.

Respectfully Submitted
Pro Se Plaintiff/
Prisoner filer,
Raymond Tellez