UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 0 1 2018
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| RAYMOND TELLEZ, | § § | |
| PLAINTIFF, | § § | Civil No. SA-15-CV-00465-RCL |
| v. | § § | |
| THE GEO GROUP, INC., | § § | |
| DEFENDANT. | § § | |

## Amended Judgment

In accordance with the accompanying Memorandum Opinion, the Court issues this amended judgment in favor of plaintiff Raymond Tellez. Defendant The GEO Group, Inc., was negligent in failing to implement policies and procedures and is liable to Mr. Tellez for damages. The following damages are warranted:

1) $15,000 for past physical pain;

2) $5,000 for physical pain in the future; and

3) $5,000 for past disfigurement.

So the Defendant will compensate Mr. Tellez for a total of $25,000 in damages.

The Defendant will also pay to Mr. Tellez pre-judgment interest on $20,000 of his damages (representing his past damages), post-judgment interest on the full $25,000 in damages, and costs excluding attorney's fees. **It is so ordered.**

SIGNED this ___1st___ day of March, 2018.

_Royce C. Lamberth_
HONORABLE ROYCE LAMBERTH
UNITED STATES DISTRICT JUDGE